65 A.3d 300

**COMMONWEALTH Of Pennsylvania, Respondent**

v.

**Rashia McCALL, Petitioner.**

**No. 13 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.